# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
## *DALLAS DIVISION*

CHARLES P. RIPLEY
Plaintiff

v.

BOK Financial Corporation and
BOK Financial Securities, Inc. `

Civil Action No.

Defendant

## **CERTIFICATE OF INTERESTED PERSONS**
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

BOK Financial Securities, Inc. ("BOKFS"), a registered securities broker/dealer.

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*\*Please separate names with a comma. Only text visible within box will print.*

BOK Financial Corporation.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*\*Please separate names with a comma. Only text visible within box will print.*

BOK Financial Corporation.

|  |  |
|---|---|
| Date: | 3/7/2019 |
| Signature: | /s/Erica Anne Dorwart |
| Print Name: | Erica Anne Dorwart |
| Bar Number: | Oklahoma Bar Assoc No. 18367 |
| Address: | 124 East Fourth Street |
| City, State, Zip: | Tulsa, OK 74103 |
| Telephone: | 918-583-9922 |
| Fax: |  |
| E-Mail: | edorwart@fdlaw.com |

and

/s/ Worthy Walker
Worthy Walker
Texas Bar No. 24033308
wwalker@shackelford.law

Worthy Walker, Texas Bar No. 24033308
SHACKELFORD, BOWEN, MCKINLEY & NORTON, LLP
9201 N. Central Expressway, Fourth Floor
Dallas, Texas 75231
wwalker@shackelford.law
(214) 780-1400 (Tel.)
(214) 780-1401 (Fax)

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons