**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| CHARLES P. RIPLEY | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | CASE NO. 3:19-CV-00577-S |
| | § | |
| BOK FINANCIAL CORPORATION, and | § | |
| BOK FINANCIAL SECURITIES, INC. | § | |
| | § | |
| *Defendants.* | § | |

---

**DEFENDANT BOK FINANCIAL CORPORATION'S (BOK HOLDING)**
**NOTICE OF SERVICE**
**RESPONSE TO PLAINTIFF'S**
**FIRST REQUEST FOR DISCOVERY**

---

Defendant BOK Financial Corporation ("BOK Holding"), hereby provides notice of service of BOK Holding's Response to Plaintiff's First Request for Discovery (Document Requests and Interrogatories).[1]

---

[1] BOK Holding was not the Plaintiff's employer.   BOK Holding adopted the objections and responses of BOK Financial Securities, Inc. (a FINRA regulated Broker Dealer).

Respectfully submitted,

By:    _/s/ Worthy Walker_____
       Worthy Walker
       Texas Bar No. 24033308
       wwalker@shackelford.law

SHACKELFORD, BOWEN,
   MCKINLEY & NORTON, LLP
9201 N. Central Expressway, Fourth Floor
Dallas, Texas 75231
Telephone:  (214) 780-1400
Facsimile:   (214) 780-1401

- and –

Erica Anne Dorwart, OBA #18367
Admitted to practice in the
Northern District of Texas on May 1, 2018
FREDERIC DORWART, LAWYERS
124 East Fourth Street
Tulsa, Oklahoma 74103
edorwart@fdlaw.com
(918) 583-9922 (Tel.)
(918) 584-2729 (Fax)

ATTORNEYS FOR DEFENDANTS

_____

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument has been served upon all known parties and counsel of record in accordance with the Federal Rules of Civil Procedure, this 12th day of August, 2019.

*/s/ Worthy Walker*

Worthy Walker
