IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLES P. RIPLEY | § § § § | |
| *Plaintiff*, | § § | |
| vs. | § § | CASE NO. 3:19-CV-00577-S |
| BOK FINANCIAL CORPORATION, and BOK FINANCIAL SECURITIES, INC. | § § § § | |
| *Defendants*. | § | |

### DEFENDANT BOK FINANCIAL SECURITIES, INC.'S[1] MOTION FOR SUMMARY JUDGMENT

BOK Financial Securities, Inc. hereby files its motion for summary judgment against both claims asserted by plaintiff Charles P. Ripley. A brief in support of the Motion is separately filed, as well as an appendix of supporting documents.

Respectfully Submitted,

Erica Anne Dorwart, OBA #18367
Admitted to practice in the
Northern District of Texas on May 1, 2018
FREDERIC DORWART, LAWYERS
124 East Fourth Street
Tulsa, Oklahoma 74103
edorwart@fdlaw.com
(918) 583-9922 (Tel.)
(918) 584-2729 (Fax)

-and-

Worthy Walker
Texas Bar No. 24033308
wwalker@shackelford.law
SHACKELFORD, BOWEN,
　MCKINLEY & NORTON, LLP

---

[1] BOK Financial Corp. is a non-operating bank holding company. Voorhis v. BOK Financial Corp., 2013 WL 5937395, *5-6 (N.D. Okla., Nov. 4, 2013).

9201 N. Central Expressway, Fourth Floor
Dallas, Texas 75231
Telephone: (214) 780-1400
Facsimile: (214) 780-1401

ATTORNEYS FOR DEFENDANT
BOK Financial Securities, Inc.

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument has been served upon all known parties and counsel of record in accordance with the Federal Rules of Civil Procedure, this 1st day of June, 2021.

*/s/ Erica Anne Dorwart*
Erica Anne Dorwart